## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

J-M MANUFACTURING COMPANY, INC.,     )
                                      )
        Plaintiff,     )
                                        )
    v.     )
                                        )      Case No. 3:26-cv-00094-SPM
THE GORI LAW FIRM, BETH     )
GORI-GREGORY, SARA SALGER, ERIN     )      Hon. Stephen P. McGlynn
BEAVERS, JASON STEINMEYER,     )      District Judge
CHRISTOPHER LAYLOFF, and JOHN AND     )
JANE DOES 1-25,     )
                                        )
        Defendants.     )
                                        )

### PLAINTIFF J-M MANUFACTURING COMPANY, INC.'S
### NON-OBJECTION TO JUDGE MCGLYNN PRESIDING OVER THIS MATTER

1.      Plaintiff J-M Manufacturing Company Inc. ("J-MM") submits this statement of non-objection pursuant to the Court's order dated July 16, 2026 (Dkt. 62). For the following reasons, J-MM does not object to Hon. Stephen P. McGlynn continuing to preside over this matter.

2.      Prior to his appointment to this Court, Hon. Stephen P. McGlynn served as a judge on the Circuit Court of St. Clair County, Illinois. J-MM's counsel in this matter, as well as J-MM's national coordinating counsel, have searched records and information in their possession—as well as records and information available online—for any cases brought by the Gori Law Firm in which J-MM was named as a co-defendant and for which then-Judge McGlynn was the assigned judge. J-MM's counsel identified the following matters from the Circuit Court of St. Clair County. J-MM was not named in the caption of any of these matters but was among the co-defendants named in the underlying complaints:

| Title | Docket Num | Filed Date |
|---|---|---|
| Joseph Cepielik v. Abb Inc | 17-L-0409 | 7/28/2017 |
| Arlie A Bales Jr. v. Uniroyal Inc | 18-L-0045 | 1/23/2018 |
| Sean Harmon v. Uniroyal Inc | 18-L-0228 | 3/28/2018 |

1

| Leonard R Brown v. Ingersoll Rand Company | 18-L-0484 | 7/18/2018 |
|---|---|---|
| Steven Akey v. Honeywell International Inc | 18-L-0485 | 7/19/2018 |
| Ruthie Hurt v. Honeywell International Inc | 18-L-0723 | 11/13/2018 |
| Nancy Ober v. Honeywell International Inc | 18-L-0767 | 12/4/2018 |
| Tina C Graham v. Honeywell International Inc | 19-L-0014 | 1/4/2019 |
| Delores Wells vs. Johnson & Johnson | 19-L-0091 | 1/13/2019 |
| Wayne Higbee v. Honeywell International Inc | 19-L-0115 | 2/9/2019 |
| Dorothy L Thomas vs. Uniroyal Inc | 19-L-0124 | 2/12/2019 |
| Strouth Ind And As Special Admin Of The Estate Lisa v. Honeywell International Inc | 19-L-0835 | 12/2/2019 |

3.      Based on the records and information available, J-MM is not aware of Judge McGlynn having substantive involvement in any of these matters.

4.      In pertinent part, 28 U.S.C. § 455 requires a judge to disqualify himself where (1) "his impartiality might reasonably be questioned," (28 U.S.C. § 455(a)); (2) he has "personal knowledge of disputed evidentiary facts concerning the proceeding," (28 U.S.C. § 455(b)(1)); or (3) "the judge . . . has been a material witness concerning [the matter in controversy]," (28 U.S.C. § 455(b)(1)). While ground (1) is waivable with disclosure, grounds (2) and (3) are not. 28 U.S.C. § 455(e).

5.      J-MM is certainly not aware of any facts from which the Court's impartiality might reasonably be questioned, including any facts pertaining to the Court's prior service as a judge assigned to the aforementioned cases. Nor is J-MM aware of the Court having any personal knowledge of disputed evidentiary facts concerning this proceeding. Specifically, J-MM is not aware of the Court having any pre-existing knowledge about the legitimacy of the cases brought by the Gori Law Firm against J-MM, or the truthfulness of the plaintiffs' identifications of J-MM's product as being a source of exposure. Finally, J-MM cannot conceive of how the Court could be a material witness in this matter in light of the complaint's scope and allegations. J-MM is aware of no disputed fact that the Court could realistically be in a position to speak to.

111666960v4

6.      Accordingly, J-MM does not believe the Court is required to be disqualified, nor is J-MM otherwise seeking the Court's disqualification.

Dated: July 24, 2026                    Respectfully submitted,

                                        /s/ Andrew C. Erskine
                                        Ashwin J. Ram (ARDC No. 6286478)
                                        BUCHALTER LLP
                                        180 North LaSalle Street, Suite 2300
                                        Chicago, IL 60601-2808
                                        Telephone: (312) 980-5760
                                        aram@buchalter.com

                                        Andrew Erskine (ARDC No. 6305806)
                                        BUCHALTER LLP
                                        180 North LaSalle Street, Suite 2300
                                        Chicago, IL 60601-2808
                                        Telephone: (312) 980-5773
                                        aerskine@buchalter.com

111666960v4