# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| J-M MANUFACTURING COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE GORI LAW FIRM, BETH GORI-GREGORY, SARA SALGER, ERIN BEAVERS, JASON STEINMEYER, CHRISTOPHER LAYLOFF, and JOHN AND JANE DOES 1-25,<br><br>Defendants. | Case No. 3:26-cv-00094-SPM<br><br>Hon. Stephen P. McGlynn<br>District Judge |

**PLAINTIFF'S FIRST SET OF**
**INTERROGATORIES TO DEFENDANT THE GORI LAW FIRM**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff J-M Manufacturing Company, Inc. requests that Defendant The Gori Law Firm answer the following interrogatories separately and fully, in writing and under oath, within thirty (30) days of service, subject to the Definitions and Instructions set forth below. These interrogatories are limited to the Firm's own case dispositions, compensation structure, training and settlement administration, trust submissions, and record-retention practices — information maintained in the Firm's ordinary business systems; they do not seek, and Plaintiff does not intend them to reach, confidential communications between the Firm and its clients.

**DEFINITIONS**

1. "You," "Your," or "the Firm" means Defendant The Gori Law Firm, together with its predecessors (including Gori Julian & Associates, P.C.), successors, affiliates, partners, members, associates, employees, agents, investigators, and all persons acting or purporting to act on its behalf.

2. "J-MM" means Plaintiff J-M Manufacturing Company, Inc., d/b/a JM Eagle.

3. "Individual Defendants" means Beth Gori-Gregory, Sara Salger, Erin Beavers, Jason Steinmeyer, and Christopher Layloff.

4. "Depo Attorney" means any attorney employed or retained by the Firm whose duties included preparing plaintiffs or other witnesses for deposition, defending depositions, or responding to written discovery in asbestos personal-injury cases.

5. "Bounty Program" means any compensation arrangement, bonus, incentive, or program under which any attorney or employee of the Firm was eligible to receive, or received, payment calculated in whole or in part by reference to settlements, recoveries, or product identifications in asbestos cases, including the program alleged in Paragraphs 36-39 of the Complaint, whether or not reduced to writing and regardless of what You call it.

6. "Bounty List" means any list, memorandum, spreadsheet, or database identifying defendants, products, or companies as to which any enhanced, contingent, or percentage-based compensation was available to any Firm attorney or employee, including the list alleged in Paragraph 38 of the Complaint, and each version or revision thereof.

7. "Product-Identification Materials" means any booklet, binder, photo array, catalog, product list (including handwritten lists), slide deck, or similar compilation depicting or naming products or defendants that was shown, read, or provided to any plaintiff, client, or witness in an asbestos case, including the materials alleged in Paragraphs 40-44 of the Complaint.

8. "Trust Claim" means any claim, affidavit, ballot, or submission of any kind made to any asbestos bankruptcy trust on behalf of any client of the Firm.

9. "J-MM Case" means any lawsuit, in any jurisdiction, in which the Firm (or any predecessor) represented one or more plaintiffs and in which J-MM was named as a defendant.

10. "Sample Cases" means the following actions: *Robert Mallam v. A. Schulman, Inc.,*

*et al.*, No. 24-LA-1345 (St. Clair Cty.); *Robert Ramirez et al. v. 4520 Corp. Inc., et al.*, No. 25-LA-324 (St. Clair Cty.); *Efstratios Mastronikolas v. 4520 Corp. Inc., et al.*, No. 18-L-96 (Madison Cty.); N*ormand Gagnon v. Aerco Int'l, Inc. et al.*, No. 19-L-187 (Madison Cty.); *Robert Nettle et al. v. Agco Corp. et al.*, No. 19-L-415 (Madison Cty.); *Anthony Podorski et al. v. AECOM Energy & Construction, Inc. et al.*, No. 20-L-559 (Madison Cty.); *Joseph White v. 4520 Corp. Inc., et al.*, No. 20-L-0241 (St. Clair Cty.); *Leila Christman v. AECOM Energy & Constr., Inc. et al.*, No. 20-L-466 (St. Clair Cty.); *Velma Miller et al. v. 4520 Corp. Inc.*, et al., No. 20-L-0889 (St. Clair Cty.); *Bobby Pruitt et al. v. 4520 Corp. Inc., et al.*, No. 2422-CC11366 (St. Louis, MO); *Douglas Robb et al. v. Aerco Int'l, Inc. et al.*, No. 24-LA-1535 (St. Clair Cty.); *Guy Moraski v. 4520 Corp. Inc. et al.*, No. 25-LA-159 (St. Clair Cty.); and the action brought on behalf of Paul Dudley resolved on or about January 27, 2021.

11. "Batch Settlement" means any settlement, agreement, or negotiation resolving, dismissing, or tolling more than one case or claim, in whole or in part, through a single negotiation, aggregate payment, or related set of agreements.

12. "January 2021 Group Settlement" means the Batch Settlement negotiated with J-MM and consummated in or around January-March 2021, under which payments were made in approximately seven cases and several hundred additional cases were dismissed, including pursuant to a tolling agreement.

13. "Referral Firms" means Sokolove Law LLC; Early, Lucarelli, Sweeney & Meisenkothen; and Maune Raichle Hartley French & Mudd LLC, and any related entity.

14. "Document" and "Communication" are used in their broadest sense permitted by Rules 26 and 34 of the Federal Rules of Civil Procedure and include electronically stored information ("ESI") of every kind, including e-mail, text messages, instant messages and

collaboration-platform messages, voicemail, calendar entries, database records and exports, spreadsheets, version histories, and metadata.

15. "Identify," when used with respect to a natural person, means to state the person's full name, last known business address, telephone number, and employer and title; with respect to a document, to state its date, author(s), recipient(s), type, and present custodian; and with respect to a communication, to state its date, participants, medium, and substance.

16. Relevant Time Period. Unless otherwise stated, these requests cover the period from January 1, 2016, to the present.

**INSTRUCTIONS**

1. Answer each request separately and fully. If You object to any part of a request, state the objection with specificity and answer the remainder.

2. If You withhold any information on a claim of privilege or work-product protection, provide a log complying with Fed. R. Civ. P. 26(b)(5) sufficient to permit evaluation of the claim, identifying for each item its date, author, recipients, general subject matter, and the privilege asserted. Plaintiff does not seek the client confidences of the Firm's asbestos clients; business, compensation, accounting, calendaring, training, and settlement-administration records are not privileged.

3. These requests are continuing in nature; supplement Your responses as required by Fed. R. Civ. P. 26(e).

4. If You lack information sufficient to provide a complete answer, state what You know and identify the steps You took to obtain the missing information.

**INTERROGATORIES**

**INTERROGATORY NO. 1**: For each J-MM Case, Identify each attorney who (a) prepared the

plaintiff or any product-identification witness for deposition or defended such a deposition; and (b) participated in settlement negotiations.

**INTERROGATORY NO. 2**: Identify each Depo Attorney employed or retained by the Firm from January 1, 2016, to the present, stating for each: the dates of employment; and each component of the person's compensation for each year, including base salary and any bonus, incentive, or other payment calculated in whole or in part by reference to settlements, recoveries, or product identifications.

**INTERROGATORY NO. 3**: Describe the establishment of the Bounty Program, including: the date it was created; each person who proposed, approved, or authorized it; the percentage, formula, or schedule adopted; each modification, suspension, or discontinuation of the program and the date and reason for each; and whether any component of Depo Attorney compensation after March 2022 was calculated by reference to settlements or recoveries.

**INTERROGATORY NO. 4**: Describe the creation and maintenance of the Bounty List, including: who created it and when; the criteria for including a defendant; each person who approved additions or removals; each version or revision and its date; and the date and circumstances of the addition of J-MM.

**INTERROGATORY NO. 5**: Identify every payment made to any Depo Attorney or other Firm attorney that was calculated in whole or in part by reference to a settlement or recovery in any J-MM Case, stating for each: the payee; the date and amount; the method of payment; and the settlement(s) or case(s) by reference to which it was calculated.

**INTERROGATORY NO. 6**: Identify each training session, meeting, or presentation for Depo Attorneys from January 1, 2016, to the present concerning deposition preparation, product identification, or the use of Product-Identification Materials, stating for each: the date; the format

(in person or videoconference); the presenter(s); the attendees; and the materials used or distributed.

**INTERROGATORY NO. 7**: Describe the creation, revision, and distribution of the Product-Identification Materials, including: each author or contributor; each version and its date; how and to whom each version was distributed; and each J-MM product depicted, named, or described in any version.

**INTERROGATORY NO. 8**: For each J-MM Case resolved with any payment, state: each person who negotiated the settlement on the Firm's behalf; and how the aggregate payment was allocated among cases, including who determined the allocation and the criteria used.

**INTERROGATORY NO. 9**: Describe the January 2021 Group Settlement, including: each case resolved with a payment and the amount; each case dismissed without payment; the terms of any tolling agreement; each person who negotiated on the Firm's behalf; how the aggregate amount was allocated among the paid cases; and each bonus, bounty, or incentive payment made to any Firm attorney calculated by reference to that settlement.

**INTERROGATORY NO. 10**: For each plaintiff in the Sample Cases, identify every Trust Claim submitted on that plaintiff's behalf, stating for each: the trust; the exposures asserted; the date of submission; the amount claimed and received; and the date of submission relative to the filing and resolution of the related tort case.

**INTERROGATORY NO. 11**: Identify each payment of referral fees or shared fees to any Referral Firm in connection with any J-MM Case, stating the date, amount, payee, and the case(s) to which the payment related, and describe the terms of each referral or fee-sharing agreement with each Referral Firm.

**INTERROGATORY NO. 12**: State the Firm's annual revenues from asbestos settlements for

each year from January 1, 2016, to the present, and describe the use of such revenues for advertising, case acquisition, referral payments, or expansion of the Firm's asbestos practice.

**INTERROGATORY NO. 13**: Describe the Firm's document-retention policies in effect from January 1, 2016, to the present, and state the date, custodians, and scope of any litigation hold issued in connection with this action or the events alleged in the Complaint.

Dated: August 18, 2026

Respectfully submitted,

*/s/ Andrew C. Erskine*

Ashwin J. Ram (ARDC No. 6286478)
BUCHALTER LLP
180 North LaSalle Street, Suite 2300
Chicago, IL 60601-2808
Telephone: (312) 980-5760
aram@buchalter.com

Andrew Erskine (ARDC No. 6305806)
BUCHALTER LLP
180 North LaSalle Street, Suite 2300
Chicago, IL 60601-2808
Telephone: (312) 980-5773
aerskine@buchalter.com